# Court of Appeals
# of the State of Georgia

ATLANTA, October 22, 2025

*The Court of Appeals hereby passes the following order:*

## A26D0124. CONRAD CHUCK v. AMICA MUTUAL INSURANCE COMPANY.

Conrad Chuck sued Amica Mutual Insurance Company in connection with a motor vehicle collision. The trial court entered summary judgment in favor of Amica, and Chuck filed this timely application for discretionary review. No such application is required, however, as the grant of summary judgment is reviewable by direct appeal, see OCGA § 9-11-56 (h), and this case does not appear to be a type of case requiring a discretionary application under OCGA § 5-6-35 (a).

We will grant a timely application for discretionary review if the lower court's order is subject to direct appeal. OCGA § 5-6-35 (j); see *City of Rincon v. Couch*, 272 Ga. App. 411, 412 (612 SE2d 596) (2005). Accordingly, this application is hereby GRANTED. Chuck shall have ten days from the date of this order to file a notice of appeal in the trial court if he has not already done so. See OCGA § 5-6-35 (g). The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to this Court. Amica's request for sanctions is DENIED at this time.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 10/22/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.